**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 02-7351**

_____

STEVEN R. DEWITT, SR.,

                                        Petitioner - Appellant,

        versus

JON ADDUCI, Chairman and Disciplinary Hearing
Officer; DISCIPLINARY PROCEDURE PROCESS,

                                        Respondents - Appellees.

_____

Appeal from the United States District Court for the District of
South Carolina, at Columbia.  Margaret B. Seymour, District Judge.
(CA-02-942-3-24-BC)

_____

Submitted:  March 25, 2003          Decided:  May 1, 2003

_____

Before WIDENER and NIEMEYER, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

_____

Affirmed by unpublished per curiam opinion.

_____

Steven R. Dewitt, Sr., Appellant Pro Se.

_____

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Steven R. Dewitt, Sr., appeals the district court's order accepting the recommendation of the magistrate judge to dismiss without prejudice Dewitt's petition for writ of mandamus. The district court correctly reasoned that under the Supreme Court's reasoning in Heck v. Humphrey, 512 U.S. 477, 486-87 (1994), Dewitt's right of action, if any, has not accrued because he has not established that the validity of his disciplinary conviction has been reversed. Accordingly, we affirm the district court. See Dewitt v. Adduci, No. CA-02-942-3-24-BC (D.S.C. Aug. 13, 2002). Dewitt's motion for appointment of counsel is denied. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid in the decisional process.

AFFIRMED

2